UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff,

        v.                        Case No. 1:16cv1099

Michael Dillow, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 26, 2019 (Doc. 79).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 79) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 79) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, plaintiff/appellants Motions for Leave to Proceed in forma pauperis (Docs. 63, 65, 67) are **DENIED**. Plaintiff/appellants Motion to Amend (Doc. 69) is also **DENIED**.

    **IT IS SO ORDERED.**

                            *s/Michael R. Barrett*
                            Michael R. Barrett, Judge
                            United States District Court