UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JERONE MCDOUGALD,

    Plaintiff,

vs

MICHAEL DILLOW, et al.,

    Defendants.

Case No. 1:16-cv-1099

Barrett, J.
Bowman, M.J.

**REPORT AND RECOMMENDATION**

On September 21, 2018, the Court entered an order adopting the undersigned Report and Recommendations and granting defendant's motion for summary judgment, denying Plaintiff's motion for summary judgment and denying all remaining pending motions as moot. (Doc. 59). Plaintiff now seeks relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. (See Docs. 73, 81).

Federal Rule of Civil Procedure 60(b) provides in relevant part: (b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief. Fed R. Civ. P. 60.

1

Here, in support of his motion for relief from judgment, Plaintiff simply reiterates his earlier arguments raised numerous times pertaining to what the video shows. He also argues that this Court made an error in ruling against him, yet he fails to support his claims of error. Moreover, McDougald filed his relief from judgment motion after he filed his appeal. Accordingly, Plaintiff's Rule 60(b) motions should be denied.

### III. Conclusion

For these reasons, is therefore **RECOMMENDED** that Plaintiff's motions for relief from judgment (Docs. 73, 81) be **DENIED.**

      *s/*Stephanie K. Bowman
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**

SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JERONE MCDOUGALD,   Case No. 1:16-cv-1099

    Plaintiff,

                                      Barrett, J.
vs                                           Bowman, M.J.

MICHAEL DILLOW, et al.,

    Defendants.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).