UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff,

        v.                         Case No. 1:16cv1099

Michael Dillow, *et al.*,             Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on December 23, 2019 (Doc. 84).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 84) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 84) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, plaintiff's motions for relief from judgment (Docs. 73, 81) are **DENIED**.

    **IT IS SO ORDERED.**

                                                 /s/ *Michael R. Barrett*
                                                 Michael R. Barrett, Judge
                                                 United States District Court